No. 769. HUGHES ET AL. *v.* CADDO PARISH SCHOOL BOARD ET AL.

January 29, 1945. *Per Curiam:* The motion to amend the assignment of errors is denied. The motion to affirm is granted and the judgment is affirmed. *Waugh* v. *Mississippi University*, 237 U. S. 589. *Mr. Otis W. Bullock* for appellants. *Messrs. Edwin L. Blewer* and *W. C. Perrault* for appellees.

No. —. PEOPLE EX REL. FORTUNE *v.* BREWSTER ET AL.;
No. —. HUTTON *v.* UNITED STATES; and
No. —. EX PARTE PERCY ARTHUR WHISTLER. January 29, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EDWARDS *v.* DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF COLUMBIA. January 29, 1945. The motion for leave to file petition for writ of mandamus is denied.